ANNIE BENJAMIN & others *vs.* JAMES D. CASEY & another.

Suffolk.   March 31, 1902. — May 23, 1902.

Present: HOLMES, C. J., MORTON, BARKER, HAMMOND, & LORING, JJ.

*Practice, Civil,* Exceptions.

The denial of leave to amend at the last moment is not a ground for exception, being a matter of discretion.

PETITION, filed March 28, 1902, to establish exceptions.

The proceedings related to a bill, filed August 21, 1901, to redeem from a mortgage certain land in Brookline.   It was alleged in the petition to establish exceptions, that on December 24, 1901, the case was heard on its merits by *Barker,* J., who gave the original plaintiffs, Benjamin and Jennings, until January 20,

1902, at 12 M. to redeem. On January 17, 1902, the First National Bank of Yarmouth was allowed by the court to become a party and was given until February 19, 1902, at 12 M. to redeem. At 9.30 A. M. on February 19, 1902, Benjamin, Jennings and the First National Bank of Yarmouth asked the court to be allowed to amend the bill. The motion was denied by *Morton*, J.

The exceptions were disallowed by *Morton*, J. as follows: " I do not think that the matter is one to which an exception lies and I therefore disallow the exceptions. If the matter is one to which an exception lies by the parties, or either of them, then the bill is in proper shape in form and substance and should be allowed."

*E. H. Savary*, for the petitioners.

*I. R. Clark*, for the respondents.

BY THE COURT. The allowance of the amendment was a matter of discretion. Nothing appears except that leave to amend was asked at the last moment and was denied. This is not ground for exception.

*Petition dismissed.*